UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PALOS,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | NO. EDCV 09-02182-MAN<br><br>JUDGMENT |

   Pursuant to the Court's Memorandum Opinion and Order,

   IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED:  March 1, 2011

                                   /s/ Margaret A. Nagle
                                   _____
                                        MARGARET A. NAGLE
                                   UNITED STATES MAGISTRATE JUDGE